UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| READY FOR RON <br> 66 W. Flagler Street <br> Suite 900, #6781 <br> Miami, FL 33130, <br><br>         *Plaintiff,* <br><br> v. <br><br> FEDERAL ELECTION COMMISSION <br> 1050 First Street, NE <br> Washington, DC 20463, <br><br>         *Defendant.* | Judge Randolph D. Moss <br><br> No. 1:22-cv-3282-RDM |

**DECLARATION OF GABRIEL LLANES IN SUPPORT OF REPLY BRIEF**

I, GABRIEL LLANES, hereby declare as follows:

1. All of the statements contained in this declaration are based on my personal knowledge, except where stated otherwise. If called to testify in person, I would provide the same testimony.

2. I am at least 18 years old, of sound mind, and am competent to testify to the matters contained in this declaration.

3. I am the Executive Director of Ready for Ron ("RFR"). In this capacity, I manage RFR's day-to-day operations; develop, review, and approve RFR's advertisements and communications; communicate with vendors; and direct the expenditure of funds.

4. I have extensive experience working on political campaigns, including acquiring and using data files containing lists of potential supporters or contributors for candidates.

1

a. From May 2014 through May 2015, I was Florida Field Director for Americans for Prosperity. Among other things, I was responsible for obtaining and using data files containing contact information for the organization's phone bank. I supervised a staff of four people.

b. From 2015 through 2016, I was Director of Strategic Initiatives for the Republican National Committee, providing support for federal and state candidates.

c. From 2017 through 2018, I was Political Director for Adam Putnam for Governor. I was responsible for managing a $4.8 million budget, drafting polls, overseeing a political program with data-driven metrics, and managing 68 staff members throughout the state.

d. From August 2021 through April 2022, I was Executive Director for Great America PAC. Among other things, I was responsible for overseeing the committee's purchase, rental, sale, and swaps of contributor, distribution, and mailing lists.

e. From August 2021 through the present, I have also served as a client manager for PAC Management Services.

5. Throughout my years of experience in working with campaigns and political committees, I have worked with numerous data vendors and have developed an understanding of the market for political mailing, contributor, and distribution lists, including the fair market value of contact information for potential voters and/or contributors.

6. I have been mentored by the legendary Ed Rollins, who was the brilliant architect of President Ronald Reagan's triumphant 1984 campaign, in which he won 49 out of 50 states. Rollins also served as Assistant to the President for Political Affairs. He was the first person not serving in Congress to chair the National Republican Congressional Committee, and he

2

Created With Tiny Scanner

orchestrated the electoral defeat of a sitting House Speaker (Tom Foley). Rollins was inducted into the American Association of Political Consultants Hall of Fame in 2011.

7. I oversee the maintenance of Ready for Ron's petition to Governor DeSantis, as well as RFR's other databases and data files.

8. Neither RFR nor any of its agents, employees, or contractors has added any metadata or other information to the list of signatories of RFR's petition that RFR wishes to provide to Governor DeSantis.

    a. For each person who virtually signed the petition over the Internet, the list of signatories contains only the information the individual chose to provide.

    b. For each person who physically signed a hard copy form, the list of signatories likewise contains only the information that individual chose to provide. An RFR agent or contractor manually entered the information from the form into the electronic version of the list without supplementing or altering it.

    c. For each person who signed the petition in response to a phone call from RFR, the list of signatories contains the number that was dialed and whatever other information they chose to provide.

9. I typically enhance RFR's mailing lists and contributor lists by cross-referencing them against other lists and databases; capturing metadata and other information when communicating with people on the list; and adding information about each person on the list available from other sources. RFR has not engaged in any of those typical practices with regard to the list of signatories for its petition. RFR keeps the official signatory list for its petition completely separate and independent from any enhanced data it possesses.

3

Created With Tiny Scanner

10. RFR has not done anything to enhance the value or utility of the list of signatories for its petition.

11. The value of a political mailing list or contributor list is based on market factors. The price of a list depends primarily on the number of names it contains. The average price per name is typically based on a wide range of factors, predominantly based on how recently the data was gathered, how reliably the people on the list contributor or otherwise respond to solicitations, how much metadata or other identifying information has been integrated into the list, and the amount that is known about the members' political beliefs, affiliations, or leanings.

12. In my judgment, based on my experience in purchasing, renting, and selling distribution, contributor, and mailing lists in association with political campaigns and political committees, the estimated fair market value of the list of signatories appended to RFR's petition has not been affected by RFR or its agents or contractors:

    a. providing quotes to reporters about the list or its compilation;

    b. participating in interviews with reporters concerning the list or its compilation;

    c. publicizing editorials written by its staff or financial backers concerning the list or its compilation;

    d. promoting a YouTube channel; or

    e. facilitating media appearances publicizing the list and their efforts to compile it.

13. Neither the average price per entry on a political mailing, contact, or distribution list, nor its overall fair market value, is affected by extraneous considerations including whether

Created With Tiny Scanner

the entity that owns or compiled the list engaged in any of the activities described above in paragraphs 12(a)-12(e).

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated February 15, 2023

/s/ Gabriel Llanes
Gabriel Llanes

5